**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| NORTH AMERICAN CONSTRUCTION SERVICES, INC. | Case No. 08-CV-00699 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, | |
| Defendant. | |

---

Upon the Stipulation of the parties, IT IS HEREBY ORDERED that this action and all claims and counterclaims asserted herein are hereby dismissed <u>with prejudice</u> and without costs, disbursements, or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 23 , 2008.         By: s/Paul A. Magnuson
                                    Hon. Paul A. Magnuson
                                    Judge of United States District Court